**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LUCIUS B. CUMMINGS | CIVIL ACTION NO. 21-0146-P |
| VS. | JUDGE S. MAURICE HICKS, JR. |
| JAMES E. STEWART, SR. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Lucius B. Cummings' claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted until the *Heck* conditions are met.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to supplement (Record Document 34) be **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's motion for return of legal work (Record Document 37) be **DENIED** as frivolous.

The Clerk of Court is instructed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 19th day of October, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT